Elma WATSON, Administratrix of the Estate of Willie Watson, Deceased and Elma Watson in her Own Right, Respondents,

v.

TEMPLE UNIVERSITY, A Pennsylvania Non–Profit Corporation, Which is a Commonwealth University, Temple University Police Department and Temple University Parking Services, Petitioners.

Supreme Court of Pennsylvania.

March 21, 2001.

**ORDER**

PER CURIAM.

**AND NOW,** this 21st day of March, 2001, the Petition for Allowance of Appeal is granted on the following issue:

Whether the trial court order granting Respondent's Motion to Compel discovery was appealable as of right pursuant to Pa.R.A.P. 313.

Respondent's Motion for Expedited Consideration is denied.

COMMONWEALTH of Pennsylvania, Respondent,

v.

Kevin FRAZIER, Petitioner.

Supreme Court of Pennsylvania.

April 8, 2002.

**ORDER**

PER CURIAM.

**AND NOW,** this 8th day of April, 2002, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether the Superior Court erred in holding that Petitioner's claims were waived because he did not file a statement of matters complained of on appeal as set forth in Pa.R.A.P 1925(b)?

Michael G. LEVINE

v.

WORKERS' COMPENSATION APPEAL BOARD (NEWELL CORP. AND TRAVELERS INSURANCE CO.),

Petition of Newell Corp. and Travelers Insurance Co.

Supreme Court of Pennsylvania.

June 10, 2002.

## ORDER

PER CURIAM. ·

**AND NOW,** this 10th day of June, 2002, the Petition for Allowance of Appeal is granted and the case is remanded to the Workers' Compensation Judge to consider whether Claimant's claim petition was timely filed based on this Court's decision in *Schreffler v. WCAB (Kocher Coal Company)*, 567 Pa.527, 788 A.2d 963 (2002).

■

**Charles MARTIN, Petitioner,**

v.

**WORKERS' COMPENSATION AP-PEAL BOARD (ALL–AMERI-CAN PLAZAS), Respondent.**

Supreme Court of Pennsylvania.

June 10, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of June, 2002, the Petition for Allowance of Appeal is granted and the case is remanded to the Workers' Compensation Judge to consider whether Claimant's claim petition was timely filed based on this Court's decision

in *Schreffler v. WCAB (Kocher Coal Company)*, 567 Pa.527, 788 A.2d 963 (2002).

■

**Warren BATTLE, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE,**
**Appellee.**

**No. 45 MAP 2002.**

Supreme Court of Pennsylvania.

June 13, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of June, 2002, the Amended Add On to the Original Appeal Action, treated as an Application to Amend Appeal Notice, is granted. Probable jurisdiction is noted and the order appealed is affirmed.